IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 17-05023-01-CR-SW-RK |
|---|---|
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 2423(b) and (e)<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class B Felony |
| v. | |
| **RAYMOND ADAIR,**<br>[DOB 03/30/1959] | |
| | **COUNT 2**<br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class C Felony |
| Defendant. | |
| | Restitution<br>$100 Special Assessment Per Count |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

On or about May 9, 2016, said dates being approximate, in McDonald County, and elsewhere in the Western District of Missouri, **RAYMOND ADAIR,** the defendant, did travel in interstate commerce, from McDonald County, Missouri, to Benton County, Arkansas, for the purpose of engaging, or attempting to engage, in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age that would be in violation of Chapter 109A of Title 18, United States Code, had the sexual act occurred in the special

maritime and territorial jurisdiction of the United States, all in violation of Title 18, United States Code, Sections 2423(b) and (e).

## COUNT 2

On or about May 11, 2016, the defendant, being addicted to a controlled substance as defined in Title 21 United States Code, Section 802, did knowingly possess in and affecting interstate commerce, firearms, a Colt M4 5.56mm semi-automatic rifle, a Glenfield Model 60 22LR caliber semi-automatic rifle, and a Ruger 10/22 semi-automatic rifle, said firearms having had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

Thomas M. Larson
Acting United States Attorney

By: _____
Ami Harshad Miller Mo Bar #57711
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806

DATED: May 25, 2017